Peter A. Clark, Appellee, v. Kohl's Motor Transfer Company, Appellant.

Gen. No. 45,466.

Robert D. Thompson, Richard Keogh, and B. F. Martin, for appellant; Thomas C. Angerstein, George W. Angerstein, and Charles T. Shanner, of counsel; James A. Dooley, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 11, 1952; released for publication March 25, 1952.

Louise A. Richey, Appellant, v. Thelma Burke, Administratrix with Will Annexed of Estate of Lula S. Dubisson, Deceased, Thelma W. Burke, Individually, D. J. Dubisson, Robert J. Williams, D. J. Williams, Geraldine Dubisson Lee, and Cora Mae Barnes, Appellees.

Gen. No. 45,537.